# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

## Notice of Document/Attachment(s)/Pages Not Imaged

See Case File to View/Copy
Document/Attachment(s)

___  Document and/or attachments exceed 100 pages.

___  Transcript

___  Exhibits or attachments submitted in binders or spiral notebooks

✓  Sealed document