UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA )
*ex rel.* SUSAN STURROCK, )
)
    Plaintiffs, )
)
VS. ) Civil Action No. SA: 99-CA-496-XR
)
TENET HEALTHCARE CORP. and )
SOUTHWEST GENERAL HOSPITAL, )
)
    Defendants. )

FILED AUG - 8 2005 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK

## ORDER

Pursuant to the Stipulation of Dismissal filed June 20, 2005, the Court DISMISSES this case WITH PREJUDICE. Each party shall bear its own costs.

SIGNED this 8th day of August, 2005.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE